UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE L. GILLISPIE, ET AL.,

      Plaintiffs,

Case No. 8:06-CV-2065-T-24EAJ

v.

RICHARD D. GARRITY, P.H.D.,
Executive Director, Environmental
Protection Commission of Hillsborough
County Florida, individually and/or
in his official capacity, ET AL.,

      Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Plaintiff's Emergency Motion for Injunctive Relief (Doc. No. 2), which was considered by the United States Magistrate Judge, pursuant to a specific order of referral (Doc. No. 4). Magistrate Judge Jenkins has filed her report recommending that the motion be denied as moot. (Doc. No. 44). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 44) is adopted and incorporated by reference in this Order of the Court; and

    (2)    Plaintiff's Emergency Motion for Injunctive Relief (Doc. No. 2) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of February, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record
Pro Se Plaintiffs

2